IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII ELECTRICIANS ANNUITY FUND, by its Trustees, Ronald Yee, Robert Hanamoto, Jody Hanamoto, Tracy Hayashi, Damien T. K. Kim, Leyton Torda; HAWAII ELECTRICIANS HEALTH AND WELFARE FUND, by its Trustees, Rodney Chun, Daryl Suehiro, Jody Hanamoto, Tracy Hayashi, Damien T. K. Kim, Leyton Torda; HAWAII ELECTRICIANS PENSION FUND, by its Trustees, Ronald Yee, Randall Nishimura, Steve Watanabe, Tracy Hayashi, Damien T. K. Kim, Leyton Torda; HAWAII ELECTRICIANS TRAINING FUND, by its Trustees, Daryl Suehiro, Stephen Duarte, Phillip Chico Lucero, Tracy Hayashi, Damien T. K. Kim, Dennis Kaloi; HAWAII ELECTRICIANS SUPPLEMENTARY UNEMPLOYMENT BENEFITS FUND, by its Trustees, Steve Watanabe, Robert Hanamoto, Jody Hanamoto, Dennis Kaloi, Damien T. K. Kim, Leyton Torda; HAWAII ELECTRICIANS VACATION AND HOLIDAY FUND, by its Trustees, Steve Watanabe, Robert Hanamoto, Jody Hanamoto, Tracy Hayashi, Damien T. K. Kim, Leyton Torda; HAWAII ELECTRICIANS PREPAID LEGAL FUND, by its Trustees, Steven Tanaka, Rodney Chun, Jody Hanamoto, Tracy Hayashi, Damien T. K. Kim, Dennis Kaloi; HAWAII ELECTRICIANS | CV NO. 17-00169 ACK-KSC<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

| | |
|---|---|
| MARKET ENHANCEMENT PROGRAM FUND, by its Trustees, Daryl Suehiro, Robert Hanamoto, Jody Hanamoto, Stephen Duarte, Damien T. K. Kim, Robert Aquino, Brian Lee, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| LEWIS ELECTRIC LLC; LEE B. LEWIS; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10; DOE TRUSTS 1-10, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 21, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiffs' Motion for Default Judgment Against Defendants Lewis Electric LLC and Lee B. Lewis," ECF No. 18, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 15, 2017.



_____
Alan C. Kay
Sr. United States District Judge

Hawaii Electricians Annuity Fund, et al. v. Lewis Electric LLC, et al., Civ. No. 17-00169 ACK-KSC, Order Adopting Magistrate Judge's Findings and Recommendation.