GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

BRETT R. TOBIN          9490-0
  btobin@goodsill.com
First Hawaiian Center
999 Bishop Street, Suite 1600
Honolulu, HI 96813
Telephone: 808-547-5600
Facsimile: 808-547-5880

Attorneys for Defendant
LEE B. LEWIS

IN THE UNITED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII ELECTRICIANS ANNUITY FUND, by its Trustees; HAWAII ELECTRICIANS HEALTH AND WELFARE FUND, by its Trustees; HAWAII ELECTRICIANS PENSION FUND, by its Trustees; HAWAII ELECTRICIANS TRAINING FUND, by its Trustees; HAWAII ELECTRICIANS SUPPLEMENTARY UNEMPLOYMENT BENEFITS FUND, by its Trustees; HAWAII ELECTRICIANS VACATION AND HOLIDAY FUND, by its Trustees; HAWAII ELECTRICIANS PREPAID LEGAL FUND, by its Trustees; HAWAII ELECTRICIANS MARKET ENHANCEMENT PROGRAM FUND, by its Trustees,<br><br>          Plaintiffs,<br><br>vs. | CASE NO. CV-17-00169 ACK-KSC<br><br>FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT LEE B. LEWIS'S UNOPPOSED MOTION FOR RELIEF UNDER FRCP RULE 60(b) FILED ON FEBRUARY 22, 2018<br><br>Hearing:<br>Date: March 9, 2018<br>Time: 9:45 a.m.<br>Judge: Honorable Keven S.C. Chang |

| |
|---|
| LEWIS ELECTRIC LLC; LEE B. LEWIS; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10; DOE TRUSTS 1-10, <br><br>                    Defendants. |

**FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT LEE B. LEWIS'S UNOPPOSED MOTION FOR RELIEF UNDER FRCP RULE 60(b)**
**FILED ON FEBRUARY 22, 2018**

Defendant LEE B. LEWIS ("Lewis"), having filed his Motion for Relief Under FRCP Rule 60(b) herein on February 22, 2018 ("Motion"), and the Motion having come on for hearing on March 9, 2018 at 9:45 a.m. before the Honorable Kevin S.C. Chang ("Hearing"), and Brett R. Tobin having appeared for Defendant Lee B. Lewis, and Christin D.W. Kawada having appeared for Plaintiff HAWAII ELECTRICIANS ANNUITY FUND, and there having been no other appearances, and there being no objections by Plaintiff, the Court having considered the oral and written arguments and being fully advised in the premises;

IT IS HEREBY RECOMMENDED that the MOTION be granted and that LEE B. LEWIS be given relief from the Default Judgment entered December 15, 2017.

DATED:  Honolulu, Hawaii,  March 13, 2018.




Kevin S.C. Chang
United States Magistrate Judge


APPROVED AS TO FORM AND CONTENT:

 /s/ Christin D.W. Kawada
JARED N. KAWASHIMA
CHRISTIN D.W. KAWADA
Attorneys for Plaintiff
HAWAII ELECTRICIANS TRUST FUND




FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT LEE B. LEWIS'S UNOPPOSED MOTION FOR RELIEF UNDER FRCP RULE 60(b) FILED ON FEBRUARY 22, 2018; Civil No. 17-00169 ACK-KSC; Hawaii Electricians Annuity Fund, et al. v. Lewis Electric LLC, et al.