IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII ELECTRICIANS ANNUITY FUND, by its Trustees, Ronald Yee, Robert Hanamoto, Jody Hanamoto, Tracy Hayashi, Damien T. K. Kim, Leyton Torda; HAWAII ELECTRICIANS HEALTH AND WELFARE FUND, by its Trustees, Rodney Chun, Daryl Suehiro, Jody Hanamoto, Tracy Hayashi, Damien T. K. Kim, Leyton Torda; HAWAII ELECTRICIANS PENSION FUND, by its Trustees, Ronald Yee, Randall Nishimura, Steve Watanabe, Tracy Hayashi, Damien T. K. Kim, Leyton Torda; HAWAII ELECTRICIANS TRAINING FUND, by its Trustees, Daryl Suehiro, Stephen Duarte, Phillip Chico Lucero, Tracy Hayashi, Damien T. K. Kim, Dennis Kaloi; HAWAII ELECTRICIANS SUPPLEMENTARY FUND, by its Trustees, Steve Watanabe, Robert Hanamoto, Jody Hanamoto, Dennis Kaloi, Damien T. K. Kim, Leyton Torda; HAWAII ELECTRICIANS VACATION AND HOLIDAY FUND, by its Trustees, Steve Watanabe, Robert Hanamoto, Jody Hanamoto, Tracy Hayashi, Damien T. K. Kim, Leyton Torda; HAWAII ELECTRICIANS PREPAID LEGAL FUND, by its Trustees, Steven Tanaka, Rodney Chun, Jody Hanamoto, Tracy Hayashi, Damien T. K. Kim, Dennis Kaloi; HAWAII ELECTRICIANS MARKET ENHANCEMENT PROGRAM | CIV NO. 17-00169 ACK-KSC<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

| | )
|---|---|
| FUND, by its Trustees, Daryl | ) |
| Suehiro, Robert Hanamoto, Jody | ) |
| Hanamoto, Stephen Duarte, Damien | ) |
| T. K. Kim, Robert Aquino, Brian | ) |
| Lee, | ) |
|        Plaintiffs, | ) |
| | ) |
|   vs. | ) |
| | ) |
| LEWIS ELECTRIC LLC; LEE B. | ) |
| LEWIS; JOHN DOES 1-10; JANE | ) |
| DOES 1-10; DOE | ) |
| CORPORATIONS 1-10; DOE | ) |
| PARTNERSHIPS 1-10; DOE | ) |
| GOVERNMENTAL AGENCIES 1- | ) |
| 10, DOE TRUSTS 1-10, , | ) |
| | ) |
|        Defendants. | ) |
| _____ | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 13, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Defendant Lee B. Lewis's Unopposed Motion For Relief Under FRCP Rule 60(b) Filed On February 22, 2018," ECF NO. [26] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 30, 2018.



<u>/s/ Alan C. Kay</u>
Alan C. Kay
Sr. United States District Judge

<u>Hawaii Electricians Annuity Fund, et al. v. Lewis Electric LLC, et al.</u>, Civ. No. 17-00169 ACK-KSC, Order Adopting Magistrate Judge's Findings and Recommendation.